Compiler

IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| THE PEOPLE OF GUAM, | ) CRIMINAL CASE NO. CM787-08 |
| vs. | ) DECISION AND ORDER<br>) (Defendant's Motion to Strike The People's<br>) Supplemental Opposition to Motion to<br>) Dismiss) |
| CRAIG BOTELHO,<br>Defendant. | |

## INTRODUCTION

This matter came before the Honorable Anita A. Sukola on April 10, 2009, for a hearing on Craig Botelho's ("Defendant") Motion to Strike the People's Supplemental Opposition to Motion to Dismiss. Attorney Maria G. Fitzpatrick appeared on behalf of the Defendant. Attorney Shane F.T. Black appeared on behalf of the People of Guam ("the People"). Upon review of the evidence, oral and written arguments, and legal authorities presented by both attorneys, the court hereby issues this Decision and Order.

## BACKGROUND

On March 27, 2009, Defendant filed a Motion to Strike the People's Supplemental Opposition to the Motion to Dismiss. On March 31, 2009, the People filed an Opposition to

Defendant's Motion to Strike the People's Supplemental Opposition to the Motion to Dismiss. On April 10, 2009, the Court took the motion under advisement.

## DISCUSSION

Defendant argued the Court should strike the People's Supplemental Opposition to the Motion to Dismiss. Defendant's Motion to Strike at 2 (March 27, 2009). Under 9 G.C.A. § 70.44, "[a] person is guilty of a misdemeanor if he permits to be made public or reveals to any person not entitled to review it any official record of the court, Attorney General or any other entity of the government of Guam which has been expunged in accordance with § 271 of the Code of Civil Procedure or chapter 11 of Title 8 GCA."

The People argue that under People of Guam v. Gabriel Lau, an expungement pursuant to 8 G.C.A. § 11.10, must be in a separate civil case. 2007 Guam 4, ¶ 6. The People argue that a civil judgment has not been filed; therefore, the expungement is not in force under 8 G.C.A. § 11.10. The People's Opposition at 2-3 (March 31, 2009). But the People admit in their brief that the case at issue was dismissed and expunged. Id. at 2. Therefore, since a dismissal and expungement was orally granted this Court will grant Defendant's Motion to Strike the People's Supplemental Opposition to the Motion to Dismiss.

## CONCLUSION

By preponderance of the evidence and based on the foregoing reasons, the Court GRANTS Defendant's Motion to Strike the People's Supplemental Opposition to Motion to Dismiss.

SO ORDERED this ___ day of _May_, 2009.

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam
Dated at Hagåtña, Guam

MAY 15 2009

_James R. Borja_

HONORABLE ANITA A. SUKOLA
Judge, Superior Court of Guam

The People of Guam vs. Craig Botelho, CM787-08
Decision and Order – Motion to Strike

Page 2 of 2